FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  ddornak@laborlawyers.com
Attorneys for Respondent-Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS,<br><br>            Petitioner -Plaintiff,<br><br>vs.<br><br>PARBALL CORP., dba PARIS LAS VEGAS,<br><br>            Respondent-Defendant. | Case No. 2:13-cv-02363-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record that this matter be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

LasVegas 101136.1

1  The parties further stipulate and agree that each party will bear their own costs
2  and attorney's fees.
3  DATED 10th day of April, 2014.

4  FISHER & PHILLIPS LLP                McCRACKEN, STEMERMAN & HOLSBERRRY

6  By: /s/                              By: /s/
   Mark J. Ricciardi, Esq.                 Richard G. McCracken, Esq.
7  David B. Dornak, Esq.                   Andrew J. Kahn, Esq.
   3800 Howard Hughes Parkway              1630 S. Commerce Street
8  Suite 950                               Suite A-1
   Las Vegas, Nevada 89169                 Las Vegas, Nevada 89102

   Attorneys for Respondent-               Attorneys for Petitioner –Plaintiff
   Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 14, 2014

3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

LasVegas 101136.1

- 2 -